Silas Ezra, on Behalf of Himself and Others, Appellant, *v.* Thomas W. Lamont et al., Individually and as the International Committee of Bankers on Mexico, et al., Defendants, and United States of Mexico, Respondent.

(Argued October 18, 1934; decided November 20, 1934.)

*Silas Ezra*, in person, for appellant.

*Jerome S. Hess, Irving I. Goldsmith, Phanor J. Eder, Frank Rashap* and *Monroe Collenburg*, appearing specially for United States of Mexico, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.